RKS:5152
**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P. O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Attorneys for J.S. & F.S. o/b/o F.S., Plaintiffs

| | |
|---|---|
| J.S. & F.S. individually and on behalf of F.S.<br><br>Plaintiff,<br><br>v.<br><br>Caldwell-West Caldwell Board of Education<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>CIVIL ACTION NO. 2:08-CV-840<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

THIS MATTER, having been amicably adjusted by and between the parties, the above-entitled action be and hereby is dismissed with prejudice and without costs to either party.

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
Attorneys for J.S. & F.S. o/b/o F.S.

By: _____
Rebecca K. Spar, Esq.

DATED: May 16, 2008

GACCIONE, POMACO & MALANGA
Attorneys for Caldwell-West Caldwell
Board of Education

By: _____
Mark A. Wenczel, Esq.

SO ORDERED: _____
DATED: 6/18/08

45284/0001-2607860v1